AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MISSOURI

**FILED**

SEP 1 3 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

|  |  |
|---|---|
| United States of America<br>v.<br>ROLAND MCKINNEY, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   4:19 MJ 386 DDN

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 10, 2019_____ in the county of _____St. Louis City_____ in the

_____Eastern_____ District of _____Missouri_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21:841(a) | Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Detective David Rudolph, SLMPD

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____09/13/2019_____

_____
*Judge's signature*

City and state:      St. Louis, Missouri

Honorable David D. Noce, U.S. Magistrate Judge
_____
*Printed name and title*